[No. 39140-6-II.   Division Two.   April 5, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CAMERON SHANE EDDY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-03482-0, Rosanne Buckner, J., entered March 13, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 39929-6-II.   Division Two.   April 5, 2011.]

*In the Matter of the Marriage of* CHARLES L. EAKINS, *Appellant*, and BEVERLY J. EAKINS, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-3-00747-6, Leila Mills, J., entered October 2, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 39945-8-II.   Division Two.   April 5, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY J. CALDERON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00294-3, F. Mark McCauley, J., entered October 26, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.